844

No. 75–6761.  BURNETT v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 75–6763.  SANCHEZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 75–6764.  MCALLISTER v. MAGGIO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 75–6765.  KUCHTA v. ALLSTATE INSURANCE CO.  C. A. 3d Cir.  Certiorari denied.

No. 75–6767.  MATHEWS v. MATHEWS.  Ct. App. Ga. Certiorari denied.

No. 75–6768.  HARMON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 75–6769.  GLAZER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 75–6771.  FOSTER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 75–6772.  BRADSHAW v. SEA WORLD, INC., AKA MARINE PARK CORP., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 75–6773.  LEE v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 75–6774.  CHRYSLER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 75–6775.  ALEJANDRO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6776.  KOWALSKI v. PARRATT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 75–6777.  JOHNSON v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.